# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

AMY LEBLANC GOODSON AND
WILLIAM R. GOODSON, JR.

NO. 2023 CW 0593

VERSUS

**SEPTEMBER 25, 2023**

CITY OF ZACHARY

---

In Re: City of Zachary, applying for supervisory writs, 19th Judicial District Court, Parish of East Baton Rouge, No. 667741.

---

**BEFORE: GUIDRY, C.J., CHUTZ AND LANIER, JJ.**

**WRIT NOT CONSIDERED.** Relator failed to provide a copy of all exhibits to its Motion for Summary Judgment, including the City of Zachary's Answer to Plaintiff's Petition for Damages and the "corrective affidavit" of John Hopewell, in violation of Uniform Rules of Louisiana Courts of Appeal, Rule 4-5(C)(8).

Supplementation of this writ application and/or an application for rehearing will not be considered. Uniform Rules of Louisiana Courts of Appeal, Rules 2-18.7 & 4-9.

In the event relator seeks to file a new application with this court, it must contain all pertinent documentation, the missing items noted above, and must comply with Uniform Rules of Louisiana Courts of Appeal, Rule 2-12.2. Any new application must be filed on or before October 10, 2023 and must contain a copy of this ruling.

**JMG**
**WRC**
**WIL**

COURT OF APPEAL, FIRST CIRCUIT

*a.SₐO*

---
DEPUTY CLERK OF COURT
FOR THE COURT